| | | | |
|---|---|---|---|
| Com. v. Krassnosky | 2874 EDA 2015<br>Affirmed | 07/14/2016 | CP–23–CR–0007673–2012<br>(Delaware) |
| Com. v. Krassnosky | 2875 EDA 2015<br>Affirmed | 07/14/2016 | CP–23–CR–0007676–2012<br>(Delaware) |
| Com. v. Krassnosky, | 2876 EDA 2015<br>Affirmed | 07/14/2016 | CP–23–CR–0007680–2012<br>(Delaware) |
| Com. v. Krassnosky | 2878 EDA 2015<br>Affirmed | 07/14/2016 | CP–23–CR–0005312–2006<br>(Delaware) |
| Com. v. Benson | 2923 EDA 2015<br>Affirmed | 07/14/2016 | CP–23–CR–0003663–2014<br>(Delaware) |
| Com. v. Bayler [22] | 3173 EDA 2015<br>Affirmed | 07/14/2016 | CP–46–CR–0001325–2015<br>(Montgomery) |
| Com. v. Johnson | 3227 EDA 2015<br>Affirmed | 07/14/2016 | CP–51–CR–1238161–1990<br>(Philadelphia) |
| Com. v. Teitsworth | 956 MDA 2015<br>Reversed and<br>Remanded | 07/14/2016 | CP–47–CR–0000189–2014<br>(Montour) |
| Com. v. Bowman–Dix | 1070 MDA 2015<br>Affirmed | 07/14/2016 | CP–67–CR–0004378–2014<br>(York) |
| Bremmer v. Samsel | 1512 MDA 2015<br>Affirmed | 07/14/2016 | 20–CV–1849–DV<br>(Columbia) |
| Com. v. Hargett | 1569 MDA 2015<br>Affirmed | 07/14/2016 | CP–22–CR–0003317–2014<br>(Dauphin) |
| Com. v. Robinson | 1754 MDA 2015<br>Affirmed and<br>Remanded | 07/14/2016 | CP–22–CR–0004890–2013<br>(Dauphin) |
| Com. v. Joseph | 2033 MDA 2015<br>Affirmed | 07/14/2016 | CP–36–CR–0002224–2014<br>(Lancaster) |
| Pink v. UPMC Presbyterian Shadyside | 752 WDA 2015<br>Affirmed | 07/14/2016 | No. GD12–020560<br>(Allegheny) |
| Pink v. UPMC Presbyterian Shadyside | 753 WDA 2015<br>Affirmed | 07/14/2016 | GD12–020560<br>(Allegheny) |
| Com. v. Flood | 1171 WDA 2015<br>Affirmed | 07/14/2016 | CP–10–CR–0001345–2014<br>(Butler) |
| Com. v. Burnam | 1544 WDA 2015<br>Quashed | 07/14/2016 | CP–02–CR–0001399–1989<br>CP–02–CR–0013518–1988<br>(Allegheny) |

**22.** Petition for reargument denied September 19, 2016.